IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CETERY WEEMS,

  Petitioner,

    v.

TED JACKSON
JAILOR SHERIFFS' FULTON
COUNTY JAILOR,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-745-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 14 day of April, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Weems\r&r.wpd